**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Trevin Othier ANDERSON,
Defendant–Appellant.**

**No. 09–10677
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 13, 2010.

Susan B. Cowger, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

John Thomas Haughton, Haughton Law Group, Aubrey, TX, for Defendant–Appellant.

Before KING, STEWART, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Trevin Othier Anderson has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Anderson has filed a response. Our independent review of the record, counsel's brief, and Anderson's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

\* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.